ORIGINAL

10-16-09

Dear Judge Bloom:

I Curtis Lauderdale docket #09cv 1643 (BMC)(LB) would like to stop litergartion against Pamela Gaitor, DCJS

RECEIVED OCT 16 2009 PRO SE OFFICE

*[signature]*

Action dismissed as to defendant Gaitor only; docket 19 (Gaitor Motion to Dismiss) denied as moot. Clerk to terminate Gaitor and her counsel.

SO ORDERED: 11/30/09

/Signed by Judge Brian M. Cogan/
U.S.D.J.